**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: DOYLESTOWN II - RT 313 TVC - ARC, L.P. OF THE DECISION OF THE PLUMSTEAD TOWNSHIP ZONING HEARING BOARD DATED OCTOBER 27, 2017<br><br>PETITION OF: DOYLESTOWN  II - RT 313 TVC - ARC, L.P. | : No. 653 MAL 2020<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.